RECEIVED
JAN 13 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 09-00196 |
|---|---|
| -vs- | JUDGE DRELL |
| JEROME WEATHINGTON | MAGISTRATE JUDGE KIRK |

## REVISED JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Document No. 65), after a thorough review and consideration of the objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Weathington's Section 2255 motion is DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 13th day of January, 2012 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE