RECEIVED
JUL 12 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

---

| UNITED STATES OF AMERICA | CRIMINAL NO. 09-00196 |
|---|---|
| -vs- | JUDGE DRELL |
| JEROME WEATHINGTON | MAGISTRATE JUDGE KIRK |

---

## ORDER

The Certificate of Appealability sought by Petitioner (Document No. 73) is DENIED. Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right, and the filing is untimely. See 28 U.S.C. § 2253 and Fed. R. App. P. 4.

SIGNED on this 11th day of July, 2013 at Alexandria, Louisiana.

Dee D. Drell, Chief Judge
United States District Court